# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LOUIS HAMLET, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-02250-SHL-cgc |
| ) | |
| SHELBY COUNTY GOVERNMENT, ) | |
|    Defendant. ) | |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on pro se Plaintiff's Complaint (ECF No. 1), filed April 18, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Dismiss (ECF No. 37), filed September 19, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 19, 2025
Date